UNITED STATES DISTRICT COURT

Northern District of California

KALAKE FONUA, et al.,

                Plaintiffs,               No. C 09-5983 MEJ

  v.

                                      **ORDER SCHEDULING CMC**

CITY OF SAN MATEO, et al.,

                Defendants.

_____/

      As Defendants have now filed a response to Plaintiffs' complaint, the Court shall conduct a Case Management Conference on July 8, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by July 1, 2010. All deadlines in the December 22, 2009 scheduling order shall be adjusted accordingly.

      **IT IS SO ORDERED.**

Dated: May 25, 2010

                                                                _____
                                                                Maria-Elena James
                                                                Chief United States Magistrate Judge