UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONUA ET AL, | No. C-09-05983 CW  (DMR) |
| Plaintiffs, | **ORDER RE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| THE CITY OF SAN MATEO ET AL, | |
| Defendants. | |

Per the Notice of Settlement Conference and Settlement Conference Order dated August 31, 2010, a settlement conference in this matter is scheduled for **November 30, 2010, at 10:00 a.m.** before the undersigned.  The San Mateo Chief of Police, Susan Mannheimer, as well as the individually-named police officer defendants, Officers Leishman, Bologna, and Bennett, and Sergeant Mefford, are excused from personally attending the November 30 settlement conference. However, per the Court's August 31 order, the personal representative attending the settlement conference on behalf of the aforementioned individual defendants must have full authority on their behalf to make the final decision as to whether any settlement offer is made, accepted, or rejected.

Plaintiffs Kalake Fonua and Kenneth Fonua are required to personally attend the November 30 settlement conference, per the Court's August 31 order.

IT IS SO ORDERED.

Dated:  September 10, 2010

_____
DONNA M. RYU
United States Magistrate Judge