IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KALAKE FONUA and KENNETH ASHTON FONUA,

    Plaintiffs,

  v.

CITY OF SAN MATEO, et al.,

    Defendants.
_____/

No. C 09-05983 CW

ORDER AMENDING CASE MANAGEMENT ORDER

On July 13, 2010, the Court set December 14, 2010 as the deadline for the parties to participate in a settlement conference. On December 9, 2010, counsel for Defendants City of San Mateo, et al., submitted a letter asking the Court to extend this deadline.

Finding good cause, the Court amends this action's Case Management Order. The parties shall have until January 6, 2011 to participate in a settlement conference before Magistrate Judge Ryu. In the future, the parties shall request extensions of time through formal motions. See Civil L.R. 7-1(a)(2). Letters from counsel are not sufficient.

IT IS SO ORDERED.

Dated: December 13, 2010

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAKE FONUA and KENNETH ASHTON FONUA,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE CITY OF SAN MATEO, et al.,<br><br>        Defendants._____/ | Case Number: CV09-05983 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Kalake Fonua
2555 Illinois Street
East Palo Alto, CA 94303

Kenneth Ashton Fonua
2555 Illinois Street
East Palo Alto, CA 94303

Dated: December 13, 2010

                                                  Richard W. Wieking, Clerk
                                                  By: MP, Deputy Clerk