UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAKE FONUA, et al., | No. C-09-05983-CW  (DMR) |
| Plaintiffs, | **NOTICE RE CONTINUATION OF SETTLEMENT CONFERENCE** |
| v. | |
| THE CITY OF SAN MATEO, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Based on the parties' representation conveyed to this Court late this afternoon that Kenneth Fonua is now unavailable to attend the settlement conference on January 4, 2011, the settlement conference has been CONTINUED to a date and time to be determined. However, the Court reminds the parties that pursuant to Judge Wilken's Order Amending Case Management Order, the parties have until January 6, 2011, to participate in a settlement conference before the undersigned. *See* Docket No. 36. Any request to extend this deadline must be properly made before Judge Wilken.

IT IS SO ORDERED.

Dated: January 3, 2011

_____
DONNA M. RYU
United States Magistrate Judge