IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KALAKE FONUA and KENNETH ASHTON FONUA,

        Plaintiffs,

  v.

CITY OF SAN MATEO, et al.,

        Defendants.
_____/

No. C 09-05983 CW

ORDER GRANTING PLAINTIFF KENNETH FONUA'S MOTION TO RESCHEDULE SETTLEMENT CONFERENCE
(Docket No. 42)

    A settlement conference in this action was set for January 4, 2011. Magistrate Judge Donna Ryu continued that conference indefinitely, based on Plaintiff Kenneth Fonua's unavailability.

    Plaintiff Kenneth Fonua now moves to reschedule the settlement conference. He asserts that he was not able to make the January 4, 2011 settlement conference because he was arrested on or about January 3, 2011. Plaintiff Kalake Fonua, Kenneth's father, did not join the motion. Defendants did not respond to the motion.

    The Court GRANTS the motion to reschedule the settlement conference. (Docket No. 42.) The parties shall attend a settlement conference, scheduled by Magistrate Judge Ryu on a date convenient for her calendar, within ninety days of the date of this Order.

    The Court continues the further case management conference, currently set for March 31, 2011, to May 31, 2011 at 2:00 p.m. March 31 was also the date dispositive motions were to be heard; however, no party has moved for summary judgment.

A final pretrial conference is scheduled to be held on June 28, 2011 at 2:00 p.m.  A five-day jury trial is scheduled to begin on July 11, 2011 at 8:30 a.m.

IT IS SO ORDERED.

Dated: 3/3/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FONUA et al,

        Plaintiff,

v.

THE CITY OF SAN MATEO et al,

        Defendant.

Case Number: CV09-05983 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kalake Fonua
2555 Illinois Street
East Palo Alto, CA 94303

Kenneth Ashton Fonua
2555 Illinois Street
East Palo Alto, CA 94303

Dated: March 3, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3