IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KALAKE FONUA and KENNETH ASHTON FONUA,

        Plaintiffs,

  v.

CITY OF SAN MATEO, et al.,

        Defendants.
_____/

No. C 09-05983 CW

ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART DEFENDANTS' MOTION FOR RELIEF FROM CALENDARING ORDER
(Docket No. 46)

      Defendants City of San Mateo, et al., move for relief from the Court's Case Management Order. That Order states that all "case-dispositive motions [will] be heard at 2:00 P.M. on or before" March 31, 2011 and that a five-day jury trial will begin on July 11, 2011. Defendants misinterpreted the Order, believed that the deadline to file dispositive motions was March 31, 2011 and now seek an extension on the deadline to file a motion for summary judgment. Defendants also ask that the trial date be continued to the third or fourth week of September. Pro se Plaintiffs Kalake Fonua and Kenneth Ashton Fonua did not respond to Defendants' current motion.

      The Court GRANTS in part Defendants' motion for relief from the Case Management Order and DENIES it without prejudice in part. (Docket No. 46.) If they intend to file a motion for summary judgment, Defendants shall do so by March 31, 2011. If such a motion is filed, Plaintiffs' opposition shall be due April 14, 2011. In drafting their opposition, Plaintiffs may consult the

Court's Handbook for Litigants Without a Lawyer, which is available on the Court's website, www.cand.uscourts.gov.  Defendants' reply, if necessary, shall be due April 21, 2011.  A hearing on Defendants' motion for summary judgment and a further case management conference will be held on May 5, 2011 at 2:00 p.m.  The Court maintains the July 11, 2011 trial date.  If appropriate, Defendants may renew their request at the further case management conference.

    Per Magistrate Judge Ryu's Order of March 3, 2011, a settlement conference will be held on April 22, 2011 at 10:00 a.m.

    IT IS SO ORDERED.

Dated: 3/14/2011 
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FONUA et al,

        Plaintiff,

  v.

THE CITY OF SAN MATEO et al,

        Defendant.

Case Number: CV09-05983 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kalake Fonua
2555 Illinois Street
East Palo Alto, CA 94303

Kenneth Ashton Fonua
2555 Illinois Street
East Palo Alto, CA 94303

Dated: March 14, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3