IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAKE FONUA and KENNETH ASHTON FONUA,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF SAN MATEO, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-05983 CW<br><br>ORDER ON PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

    On March 31, 2011, Defendants City of San Mateo, et al., filed a motion for summary judgment.  Pursuant to the Court's Order of March 14, 2011, pro se Plaintiffs Kalake Fonua and Kenneth Ashton Fonua's opposition was due April 14, 2011.  An opposition was not received.

    Plaintiffs shall file their opposition to Defendants' motion for summary judgment by April 26, 2011.  If Plaintiffs file an opposition, Defendants' reply shall be due May 3, 2011. Defendants' motion will be taken under submission on the papers. Plaintiffs' failure to comply with this Order may result in summary judgment being entered against them.

    The Court VACATES the hearing on Defendants' motion for summary judgment and further case management conference, which were both set for May 5, 2011.  A further case management conference will be scheduled for a later date, if necessary.

1  Pursuant to Magistrate Judge Ryu's Order of March 3, 2011, a
2 settlement conference will be held on April 22, 2011 at 10:00 a.m.
3  IT IS SO ORDERED.

4
5 Dated: 4/19/2011        
                          CLAUDIA WILKEN
6                         United States District Judge